## Commonwealth *v.* Conway, Appellant.

Submitted September 14, 1966. *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Martin A. Heckscher* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.